AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Yuyu Sun and Minghua Ma

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Emilio T. Gonzalez, Evelyn Upchurch, Sharon Hudson and Robert S. Mueller, III, in their official capacities

Case: 1:07-cv-00646
Assigned To : Bates, John D.
Assign. Date : 04/06/2007
Description: MA v. CHERTOFF

TO: (Name and address of Defendant)

Robert S. Mueller, III, Director
Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle NW
Suite 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              APR 06 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE **4/13/2007** |
| NAME OF SERVER *(PRINT)* **Thomas K. Ragland** | TITLE **Attorney** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **VIA CERTIFIED US MAIL, POSTAGE PRE-PAID**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **4/13/07**
             Date

Signature of Server

**MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 6165 9544**
Detailed Results:

- **Delivered, April 13, 2007, 3:02 am, WASHINGTON, DC 20535**
- **Notice Left, April 12, 2007, 10:23 am, WASHINGTON, DC 20535**

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.



**POSTAL INSPECTORS**      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert S. Mueller, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0002 9195 9544

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540