AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Yuyu Sun and Minghua Ma

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Emilio T. Gonzalez, Evelyn Upchurch, Sharon Hudson and Robert S. Mueller, III, in their official capacities

Case: 1:07-cv-00646
Assigned To : Bates, John D.
Assign. Date : 04/06/2007
Description: MA v. CHERTOFF

TO: (Name and address of Defendant)

Sharon Hudson, District Director
U.S. Citizenship & Immigration Services
San Antonio District Office
8940 Fourwinds Drive
San Antonio, TX 78239

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle NW
Suite 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                APR 0 6 2007
CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | | |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/12/2007 |
| NAME OF SERVER *(PRINT)* **Thomas K. Ragland** | TITLE | **Attorney** |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

           Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

    ☒   Other (specify):  **VIA CERTIFIED US MAIL, POSTAGE PRE-PAID**

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/12/07
            Date           *Signature of Server*

MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RECEIVED — ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DHS/OMA MAILROOM  APR 1 2 2007 |
| 1. Article Addressed to:<br><br>Sharon HUDSON, District Director,<br>USCIS San Antonio District Office<br>8940 Fourwinds Drive<br>San Antonio, TX 78239 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0002 6165 8882 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540