### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YU YU SUN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:07CV0646(JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned action.

                                                           Respectfully submitted,

                                                           /s/ Robin M. Meriweather
                                          ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          Phone: (202) 514-7198
                                          Fax: (202) 514-8780
                                          Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system, or, should I receive notice from the Court that electronic service failed, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, N.W.
Suite 775
Washington, DC 20036


　　　　　　　　　　　　　　　　　　　　　　/s/   Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114