IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Yuyu SUN,** *et. al.*,                       :
                                               :
                                               :
   **Plaintiffs**                              :
                                               :
   v.                                          :   Civil No. 07-cv-646-JDB
                                               :
**Michael CHERTOFF, Secretary,**               :
**Dept. of Homeland Security,** *et. al*.:
                                               :
   **Defendants**                              :


**NOTICE OF VOLUNTARY DISMISSAL**
<u>**PURSUANT TO RULE 41(a)**</u>

**COME NOW** Plaintiffs, through undersigned counsel, and hereby move for voluntary dismissal of the instant civil action. The issues between the parties have been settled and the Defendants have granted Plaintiffs permanent resident status. Accordingly, the Plaintiffs move to dismiss the suit against all of the named Defendants.

Respectfully submitted this 11th day of June, 2007.


/s/ Thomas K. Ragland
Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036
202-483-0053
D.C. Bar No. 501021

Counsel for the Plaintiffs

**CERTIFICATE OF SERVICE**

 I hereby certify that on this date I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing along with electronic access to a true and correct copy of the same to the following attorney of record:

  Robin M. Meriweather
  Assistant U.S. Attorney
  United States Attorney's Office
  555 4 Street, N.W., Room E-4220
  Washington, D.C. 20530

                  /s/ Thomas K. Ragland
                 Thomas K. Ragland
                 D.C. Bar No. 501021

Dated:  June 11, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Yuyu SUN,** *et. al.*,                         :
                                                 :
                                                 :
   **Plaintiffs**                                :
                                                 :
   **v.**                                        :   **Civil No. 07-cv-646-JDB**
                                                 :
**Michael CHERTOFF, Secretary,**                 :
**Dept. of Homeland Security,** *et. al.*:
                                                 :
   **Defendants**                                :

## ORDER

Having read and considered Plaintiffs' Notice of Voluntary Dismissal, it is hereby ORDERED that the instant civil action is dismissed without prejudice and without costs.

This _____ day of June, 2007.

_____
JOHN D. BATES
U.S. DISTRICT COURT JUDGE